|  | AUSA: | Maggie Smith | Telephone: (313) 226-9135 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Rachel Shepard | Telephone: (313) 496-4660 |

# UNITED STATES DISTRICT COURT
для
### Eastern District of Michigan

5

United States of America
v.
JASON DALE KECHEGO

Case: 2:17-mj-30569
Judge: Unassigned,
Filed: 10-27-2017 At 11:08 AM
CMP USA V KECHEGO (LH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2017__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Rachel Shepard, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: October 27, 2017

City and state: Detroit, Michigan

Mona K. Majzoub, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Rachel M. Shepard, being duly sworn, depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since January of 2016. I am assigned to the Violent Crime Task Force (VCTF) located in Detroit, Michigan. Prior to becoming a Special Agent, I worked for the FBI as a Staff Operations Specialist for six years.

2. The statements contained in this Affidavit are based on my training, education, experience and background as a Special Agent, as well as on information provided by police officers, other agents of the FBI, and other law enforcement personnel.

3. I have not set forth every fact known to law enforcement resulting from this investigation; rather, I have set forth a summary of the investigation to date in order to establish that JASON DALE KECHEGO, date of birth XX/XX/1981, is a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).

## II. INVESTIGATION AND PROBABLE CAUSE

4. On Monday, September 11, 2017, at approximately 10:20 p.m., Detroit Police Officers Anthony and Carver observed JASON

-1-

DALE KECHEGO at a liquor store at the intersection of Woodmere and Dix in Detroit. KECHEGO entered a 2017 Nissan Altima. KECHEGO was a person of interest in an assault with intent to murder investigation that occurred on July 21, 2017. The officers followed the Nissan from the liquor store.

5. Officers enacted a traffic stop on the Nissan at Carson and Vernor. The vehicle stopped and Officer Anthony observed the front right passenger, later identified as KECHEGO, exit the vehicle and run away on foot. Officer Anthony gave chase and observed KECHEGO holding a large bulge on his right side. At this time, the officers called for assistance to set up a perimeter.

6. Officers later found KECHEGO hiding in the bushes in the rear of a home. KECHEGO was arrested and, due in part to a parole warrant, was conveyed to Detroit Detention Center without incident.

7. On September 12, 2017, members of the Detroit Homicide Task Force returned to the West Vernor location to canvass the area for potential witnesses. During the canvass, surveillance video that recorded the area near the traffic stop showed KECHEGO throwing an object onto a roof.

8. Using a ladder from the Detroit Fire Department, officers from Detroit Crime Scene Services accessed the roof and observed a .45 caliber Glock semi-automatic firearm. The firearm was photographed and recovered.

9. The serial number of the firearm is VGE376. On July 1, 2017, Adult Witness 1 (AW-1) filed a stolen firearm report, with Dearborn Heights Police Department, for this firearm. AW-1 and KECHEGO are cousins. According to AW-1, KECHEGO took the gun from AV-1's mother's house between June 30 and July 1 of 2017 when he stayed there.

10. A review of KECHOGO's criminal history revealed numerous entries and included felony convictions for home invasion, armed robbery, weapons, and assault of a prison employee.

11. Bureau of Alcohol, Tobacco, and Firearms (ATF) Special Agent Michael Bolf, whom is an interstate nexus examiner, knows that the firearms company Glock has never been licensed to manufacture firearms within the State of Michigan. As a result, the Glock firearm possessed by KECHEGO had to travel in and affect interstate commerce.

## III. CONCLUSION

12. Based on the information provided above, there is probable cause to believe that JASON DALE KECHOGO violated 18 U.S.C. §922(g) (felon in possession of a firearm).

*Rachel M. Shepard*
Rachel M. Shepard
Special Agent, FBI

Subscribed and sworn to before me on this 27th day of October, 2017.

_____
Honorable Mona K. Majzoub
United States Magistrate Judge