

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 17-20832 |
| Plaintiff, | HON. TERRENCE G. BERG |
| v. | VIOL: 18 U.S.C. § 922(j) |
| JASON DALE KECHEGO, | |
| Defendant. | |

## FIRST SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 922(j)
*Possession of a Stolen Firearm*

On or about September 11, 2017, in the Eastern District of Michigan, Southern Division, the defendant, JASON DALE KECHEGO, did knowingly and unlawfully possess a stolen firearm, that is:

(1) .45 caliber Glock semi-automatic firearm

said firearm having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(j).

1

## **FORFEITURE ALLEGATION**

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
*Criminal Forfeiture*

The allegations of this First Superseding Information are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offense set forth in Count One of this First Superseding Information, in violation of Title 18, United States Code, Section 922(g), defendant shall forfeit to the United States, all firearms and ammunition involved in the commission of the offense.

MATTHEW SCHNEDIER,
UNITED STATES ATTORNEY

*/s/ Michael Buckley for*

MATTHEW A. ROTH
Chief, General Crimes Unit
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:  313-226-9186
E-Mail:  matthew.roth@usdoj.gov

MARGARET M. SMITH
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI  48226-3220
Phone:  313-226-9135
E-Mail:  margaret.smith@usdoj.gov

Dated:  6/13/18

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>17-20832 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

FILED USDC - CLRK DET
2018 JUN 13 PM 3:47

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

Case Title: USA v. Jason Dale Kechego

County where offense occurred: Wayne

Check One:    ☒ Felony        ☐ Misdemeanor        ☐ Petty

___Indictment/___Information --- no prior complaint.
___Indictment/ ✓ Information --- based upon prior complaint [Case number: 18-mj-30569    ]
___Indictment/___Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 13, 2018
Date

Margaret M. Smith
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0135
Fax:    313-226-2327
E-Mail address: margaret.smith@usdoj.gov
Attorney Bar #: P71413

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.